UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20865-MORENO(s)(s)

UNITED STATES OF AMERICA

v.

LILIANNE RODRIGUEZ PADRON

    Defendant.
_____/

### AGREED MOTION TO SUBSTITUTE AS CLAIMANTS AND THIRD-PARTY PETITIONERS WITH RESPECT TO VERIFIED PETITION FOR ANCILLARY PROCEEDINGS PURSUANT TO 21 USC §853(n)

Golstein Investments, L.P., LJV Holdings, LLC and Maria L. Santayana Living Trust, (hereinafter "Assignees") hereby respectfully move the Court, pursuant to Federal Rule of Civil Procedure 25, to enter an order substituting them as Petitioners with respect to the claims contained in Claimant and Third-Party Petitioner, Benworth Capital Partners, LLC's ("Benworth") Verified Petition for Ancillary Proceedings Pursuant to 21 U.S.C. §853(n), and in support thereof, file the accompanying memorandum of law.

### MEMORANDUM OF LAW

1. On or about July 15, 2019, Benworth filed its Verified Petition for Ancillary Proceedings Pursuant to 21 U.S.C. §853(n) [D.E. 160]. Benworth is a lender that loaned $670,000 to Jimenez Quinones Enterprises, LLC, which loan was secured by a note and mortgage on real property.

2. The United States of America previously obtained a Preliminary Order of Forfeiture that it seeks to enforce against the real property.

{8305503:3 }

3. The note and mortgage originally owned by Benworth have been assigned to Golstein Investments, L.P., LJV Holdings, LLC and Maria L. Santayana Living Trust. On or about March 28, 2019, the Assignment of Deed of Trust/Mortgage by Benworth in favor of Golstein Investments, L.P., LJV Holdings, LLC and Maria L. Santayana Living Trust was recorded in the Public Records. *See* Exhibit "A." Assignees are currently the beneficial owners and holders of the Note and Mortgage, and successors to Benworth.

4. Together with the Assignment of Mortgage, Assignees also entered into a Mortgage Servicing Agreement with Benworth, through which Assignees appointed Benworth as their authorized agent to take any action with respect to the mortgage. These types of mortgage servicing agreements are commonplace in the mortgage industry, and give the mortgage servicer broad authority to act on behalf of the owners of the loan. Under the Mortgage Servicing Agreement, Assignees appointed and authorized Benworth Capital Partners, LLC to act as their true and lawful attorney with "full power and authority to do and perform all and every act deemed whatsoever requisite and necessary to be done in and about the premises and fully, to all intended purposes, that the investor might or could do if personally present…"

5. Federal Rule of Civil Procedure 25(c) provides that if an interest is transferred, the action may be continued by or against the original party unless the Court, on motion, orders the transferee to be substituted in the action or joined with the original party.

6. Given the broad language of the Master Servicing Agreement together with the language in Rule 25(c) which states that the action "may be continued by or against the original party…", it would be proper for Benworth to continue as the petitioner in this action. However,

in an abundance of caution, and after consultation with the Assistant U.S. Attorney, Assignees hereby bring this motion requesting that the Court substitute them as the petitioners.

WHEREFORE, Golstein Investments, L.P., LJV Holdings, LLC and Maria L. Santayana Living Trust, hereby respectfully request that the Court substitute them as petitioners to the Petition previously filed by Benworth.

### LOCAL RULE 7.1 CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that that I conferred with Assistant U.S. Attorney, Nicole S. Grosnoff, and that she has no objection to the relief sought herein.

                Respectfully submitted,

*/s/ Mario M. Ruiz*
Mario M. Ruiz
Florida Bar No. 894590
mruiz@mcdonaldhopkins.com
MCDONALD HOPKINS LLC
Attorneys for Golstein Investments, L.P., LJV Holdings, LLC and Maria L. Santayana Living Trust
200 South Biscayne Blvd., Suite 2600
Miami, Florida 33131
Telephone:  (305) 704-3990
Facsimile:   (305) 704-3999

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27th 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Mario M. Ruiz*
Mario M. Ruiz